JOSEPH ARTHUR ROBERTS (State Bar No. 156180)
Law Office of J. Arthur Roberts
3345 Newport Blvd., Suite 213
Newport Beach, CA  92663
Telephone: (949) 675-9900
Joe@JARLegal.com
Attorney for Plaintiffs
JOHN A. and DIANA L. KOSI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JOHN A. KOSI<br>DIANA L. KOSI,<br>         Plaintiffs,<br><br>vs.<br><br>MICHAEL LITTMAN, individually, and as Co-Trustee of the BYPASS TRUST OF D and G LITTMAN TRUST; WINDELER DEVELOPMENT GROUP, INC., a California corporation; ROBERT FITZ-STEPHENS, an individual; TERRY LUKAS LITTMAN, an individual; WILLIAM JOSEPH BURGOYNE, an individual and DOES 1-10, inclusive,<br><br>         Defendants | Case No.: 4:16-cv-06320-LB<br><br>ORDER ON STIPULATION THAT FIRST AMENDED COMPLAINT AS FILED AT ECF NO. 69 IS THE OPERATIVE COMPLAINT<br><br>Honorable Laurel Beeler |

0

**ORDER**

Following the Court's Order GRANTING LEAVE TO FILE A FIRST AMENDED COMPLAINT, Plaintiffs, JOHN A. and DIANA L. KOSI and Defendants, MICHAEL LITTMAN, individually and as Co-Trustee of the BYPASS TRUST OF D and G LITTMAN TRUST; TERRY LUKAS LITTMAN; WILLIAM JOSEPH BURGOYNE; WINDELER DEVELOPMENT GROUP, INC. and ROBERT FITZ-STEPHENS, by and through their respective counsel, entered into a STIPULATION that the first amended complaint filed at ECF No. 69 shall be the operative complaint, including its amended caption.

WHEREFORE, it shall be the ORDER of this Court that the first amended complaint filed at ECF No. 69 shall be the operative complaint, including its amended caption.

IT IS SO ORDERED,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: 03/20/2017

HONORABLE LAUREL BEELER
MAGISTRATE JUDGE